JAMES O. SEBRING, Appellant, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES O. SEBRING, Appellant, v. TRAVELERS FIRE INSURANCE COMPANY, HARTFORD, CONNECTICUT, Respondent, Impleaded with Another, Defendant.— Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES R. PIERCE, Respondent, v. FRED M. WEBSTER, Respondent, and EDWARD K. FENNO, Appellant.— Motion to dismiss appeal denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOHN B. VAN HOOK, Appellant, v. AMERICAN RADIATOR COMPANY and Another, Respondents.— Order entered substituting Liberty Mutual Insurance Company as plaintiff, appellant, in place of John B. Van Hook. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. PROVIDENCE-WASHINGTON INSURANCE COMPANY OF PROVIDENCE, RHODE ISLAND, Appellant, Impleaded with Another, Defendant.— Appeal dismissed, with costs, for failure of appellant to comply with order entered May fifth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GEORGE BOEHM, Appellant, v. JOHN B. PIKE and Another, Individually and as Copartners etc., Respondents.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

IVA BOEHM, Appellant, v. JOHN B. PIKE and Another, Individually and as Copartners, etc., Respondents.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.